```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORETTA NEWKIRK                     :    CIVIL ACTION
                                    :
          v.                        :
                                    :
THE HARTFORD LIFE AND ACCIDENT      :
INSURANCE C                         :    NO. 22-4318
```

<u>ORDER</u>

AND NOW, this 17th day of November, 2022, it having been reported to the court that the issues between the plaintiff and defendant have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

                                                BY THE COURT:

                                                <u>/s/ Harvey Bartle III</u>
                                                                            J.